IN THE UNITED STATES DISTRICT COURT FOR 
THE WESTERN DISTRICT OF OKLAHOMA

NOV 2 2 2013

GUADALUPE BETANCOURT, )
)  ROBERT D. DENNIS, CLERK
Plaintiff, )  U.S. DIST. COURT, WESTERN DIST. OF OKLA.
)  BY _____ DEPUTY
vs. )  No. CIV-13-417-W
)
J.C. PENNEY CORPORATION, INC., )
)
Defendant. )

## ORDER

Pursuant to the parties' Joint Stipulation of Dismissal [Doc. 25] filed on November 22, 2013, the Court DISMISSES this matter with prejudice and ORDERS that the parties bear their respective attorneys fees and costs.

DATED and ENTERED this 22nd day of November, 2013.

LEE R. WEST
UNITED STATES DISTRICT JUDGE